# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139209(62)

PEOPLE OF THE STATE OF MICHIGAN
          Plaintiff-Appellee,

v

ANGELO ROCHELLE MCMULLAN,
          Defendant-Appellant.

_____

SC: 139209
COA: 281844
Genesee CC: 01-008582-FC

       On order of the Chief Justice, the motion by plaintiff-appellee for extension of time for filing its brief and appendix is considered and the time for filing is extended to June 7, 2010.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

_____
Clerk